IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| **Danny Lee Hopkins aka D.L. Hopkins, aka** ) | Case No. 14−27132−HRT |
| **Dan Hopkins, aka Danny L. Hopkins, aka** ) | |
| **Danny Hopkins** ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**APPLICATION FOR APPOINTMENT OF INTERNET AUCTIONEER FOR THE SALE OF PROPERTY OF THE ESTATE AND TO PAY COMMISSION**

I, *HARVEY SENDER*, the duly appointed, qualified Trustee herein, applies for an Order of this Court authorizing the Trustee to employ: **BKAssets.com, LLC** (" BKAssets "), as an Internet Auctioneer for sale of the property listed and described below, on an Internet venue selected by BKAssets. The Internet auctioneer's compensation shall not exceed **10% (ten)** percent of the gross sales price. Expenses are estimated not to exceed $250 for costs in obtaining certified copies of the original deed, limited title reports, release of note and deed of trust, other recorded documents, (Excluding Reimbursements from buyer for eBay listing fee, eBay final value fee and shipping costs).

**DESCRIPTION OF PROPERTY TO BE SOLD:**

**ESTATE'S INTEREST IN:**

4 Patents registered with the United States Patent and Trademark Office
Patent #6,241,809; Patent #6,797,246; Patent #7,252,807; Patent #7,731,922

**TERMS AND CONDITIONS OF INTERNET SALE**:

**Start Date:** The auction sale will begin on the Internet Auction Site five (5) business days after the bar date notice contained on the Notice of Internet Auction Sale of Estate's Property Interest that will be mailed by the Clerk, of the U.S. Bankruptcy Court to all creditors and interested parties.

**Preview Period & Viewing:** The preview period shall run up to the bar date notice contained on the Notice of Internet Auction Sale of Estate's Property Interest plus 5 additional business days. During this time, the asset and any available due diligence information will be able to be viewed on www.bkassets.com.

**Sale Period:** The actual Internet auction sale will be held on the Internet venue chosen by BKAssets.com. The sale period will be 7 or 10 days. Links will be provided at www.bkassets.com and the Internet Auction Venue in order for bidders to participate in the Internet bidding process.

**Reserve or Minimum Price**: Using her business judgment, the Trustee has set a reserve (minimum price) before the auction can be closed in the amount of *$3,000.00*, reserving the right to rerun the auction with a lower minimum if the item does not sell initially. In the event that the reserve is not met, BKAssets will not close the sale with any potential bidder. BKAssets will report to the Trustee the result of any bids received and recommend to the Trustee a revised reserve bid or another method of sale or abandonment.

**Closing Procedure**: The highest final bid received (assuming the reserve bid is met) at the closing of the bidding on the Internet Auction venue will be considered the final bid accepted by BKAssets. BKAssets will proceed to close the sale with the final bidder. The highest bidder will be required to send BKAssets certified funds within 7 days of the close of auction. Within 21 days of receiving certified funds, BKAssets will provide the highest bidder with an Assignment after closing the sale, BKAssets will provide a report of sale to the Trustee indicating the results of the sale. This report will be filed with the Court by the Trustee.

If the highest bidder for some reason does not close, BKAssets reserves the right to proceed to the next highest bid received and close with that bidder. The report filed by BKAssets would reflect such an event.

**Warranties Implied or Stated**: The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee (see liens and encumbrances for known amounts). Buyer pays all costs to transfer title.

**Liens & Encumbrances**: For Patent #7,252,807 the United States Patent and Trademark Office 8 year maintenance fees are owed in the amount of approximately $1,800.

**Debtor(s) Exemptions**: None known by the trustee at this time.

**Due Diligence Information:** The property to be sold is Patents. The trustee has made available all due diligence information that she has received relating to the subject properties to BKAssets. In addition, BKAssets has and will obtain as much information as possible regarding this asset. All due diligence information will be included in the ad posted on **www.bkassets.com** and the Internet Auction Venue. That due diligence information will be available to all potential purchasers to view and/or download.

**Disclosures**: BKAssets will disclose to all potential bidders on www.bkassets.com and the Internet Auction Venue that these sales are subject to a Bankruptcy Court Proceeding. The bankruptcy case number and case name will be provided as well as BKAssets' name, address, phone and fax number information. All sales will be subject to the terms and conditions set forth in this application as directed by the Trustee.

**Information regarding Internet Auctioneer & Internet Venue Provider:**
The BKAssets's website specializes in the sale of bankruptcy estate assets. The www.bkassets.com provides an automated auction venue operated by computer under the Trustee's direction. It is like a traditional auctioneer in the sense that BKAssets is responsible for obtaining information regarding the asset posted for sale, answering the numerous inquiries received via the Internet and closing of the sale which entails obtaining good funds from the buyer and providing title (and/or goods) as outlined in the sale to the sellers. BKAssets uses an internet auction venue to obtain the bids from the public. The Internet Auction Venue does not handle any funds of the estate and/or assets. The Internet Auction Venue charges an advertising fee to BKAssets for the listing of the bankruptcy property. This advertising fee is an expense to be reimbursed to BKAssets along with its 10% commission based upon the highest and best bid received from the Internet. BKAssets will collect a document preparation fee and shipping costs from the buyer to offset the potential expenses paid by the estate to BKAssets.

To participate in the auction, a party should first go the www.bkassets.com website to view the assets being held pending a sale date (waiting for bar date notice to pass on the Notice of Internet Auction Sale). Once the bar date has passed plus five (5) business days, the Internet auction sale will begin on the Internet Auction Venue. Potential purchasers may obtain the location of the internet online bidding link

through www.bkassets.com. The sale information will also be available on the Internet Auction Venue in the applicable categories. It is strongly suggested that potential bidders would find the sale easier using the BKAssets website.

Therefore it is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this type of property which is generally difficult for a bankruptcy trustee to sell.

The Trustee further requests the court to cause notice of this sale and application to approve the Internet sales procedure for the sale of the estate's Property interest, filed herein, to be given to all creditors and interested parties as soon hereafter as is practical.

To the best of the Applicant's knowledge, BKAssets has no connections with the debtor, creditors any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, except as set forth in the attached declaration.

                                          Respectfully submitted,

Dated:  February 24, 2015                  /s/Harvey Sender
                                                             Harvey Sender
                                                             Chapter 7 Trustee
                                                             1660 Lincoln Street
                                                             Ste. 2200
                                                             Denver, CO 80264